

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-8-2004

# AT&T Virgin Islands v. Govt of VI

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-3318

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"AT&T Virgin Islands v. Govt of VI" (2004). *2004 Decisions.* Paper 511.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/511

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 03-3318
_____

AT&T OF VIRGIN ISLANDS;
CANEEL BAY, INC.

v.

THE GOVERNMENT OF VIRGIN ISLANDS

(V.I. Civil No. 01-cv-00195)

MILLER PROPERTIES, INC.

v.

THE GOVERNMENT OF THE VIRGIN ISLANDS,

(V.I. Civil No. 01-cv-00193)

The Government of the Virgin Islands,

Appellant

_____

On Appeal from the District Court of the Virgin Islands
(D.C. Civil Nos. 01-cv-00193 and 01-cv-00195)
Judges: The Honorable Raymond L. Finch, Chief Judge
The Honorable Thomas K. Moore, District Judge
The Honorable Darryl Dean Donohue, Territorial Judge

_____

Submitted Under Third Circuit LAR 34.1(a)
June 22, 2004

Before: NYGAARD, McKEE, and CHERTOFF, <u>Circuit</u> <u>Judges</u>.

(Filed: July 8, 2004)

_____

JUDGMENT ORDER

_____

This is an appeal from a non-final order of the Appellate Division of the District Court of the Virgin Islands, which does not fall within an exception to the finality doctrine. *See* 28 U.S.C. § 1291; 48 U.S.C. § 1631a(c). The case was remanded for a determination of whether the six-year statute of limitations applies to bar the government's attempt to collect taxes from two of the three appellees, and, thus, proceedings are ongoing in the territorial court. This case, therefore, is hereby dismissed for lack of appellate jurisdiction. *See In re Alison*, 837 F.2d 619, 620 (3d Cir. 1988).

<u> /s/ Richard L. Nygaard          </u>
Circuit Judge